ther conclude that imposition of the maximum term of imprisonment for felony driving while intoxicated was neither unduly harsh nor severe. (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Felony Driving While Intoxicated.) Present—Denman, P. J., Lawton, Doerr, Balio and Boehm, JJ.

■ In the Matter of Tammy McCloskey, Appellant, v Raymond McCloskey, Respondent. [636 NYS2d 706] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Rosa, J. (Appeal from Order of Erie County Family Court, Rosa, J.—Custody.) Present—Denman, P. J., Lawton, Doerr, Balio and Boehm, JJ.

■ The People of the State of New York, Respondent, v Ricky Butler, Also Known as Richard Butler, Appellant. (Appeal No. 1.) [636 NYS2d 700] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Grand Larceny, 4th Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.

■ The People of the State of New York, Respondent, v Ricky Butler, Also Known as Richard Butler, Appellant. (Appeal No. 2.) [636 NYS2d 536] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Grand Larceny, 4th Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.

■ The People of the State of New York, Respondent, v Rickey Owens, Appellant. [636 NYS2d 706] —Judgment unanimously affirmed. Memorandum: County Court properly denied the motion to suppress defendant's statements to the police. The record supports the court's determination that the statements were voluntarily made (see, CPL 60.45) and that they were not obtained in violation of defendant's right to counsel (see, People v Bing, 76 NY2d 331; People v Windbush, 202 AD2d 527, lv denied 83 NY2d 878).

The sentence imposed is not unduly harsh or severe. (Appeal from Judgment of Monroe County Court, Marks, J.—Burglary, 2nd Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.

■ The People of the State of New York, Respondent, v Vincent Davis, Appellant. [636 NYS2d 706] —Judgment unanimously affirmed. Memorandum: The evidence at trial, when viewed in the light most favorable to the People (see, People v